**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DELYON HARRIS** **PETITIONER**

**v.** **No. 1:25CV46-GHD-RP**

**LEE COUNTY MUNICIPAL COURT** **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice for *failure to state a claim* upon which relief could be granted, and, in the alternative, the instant petition is **DISMISSED** without prejudice for *failure to exhaust state remedies* – and as *moot*.

**SO ORDERED, this, the** 28th **day of September, 2026.**

Glen H Davidson
SENIOR JUDGE