**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DELYON HARRIS** **PETITIONER**

**v.** **No. 1:25CV46-GHD-RP**

**LEE COUNTY MUNICIPAL COURT** **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

The court has entered a final judgment in a *habeas corpus* proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254 or § 2241, or the final order in a proceeding under 28 U.S.C. § 2255. The court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), finds that **a certificate of appealability should not issue.**

For the reasons stated in its opinion, the court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S.Ct. 3383, 3394 n.4, 77 L.Ed.2d 1090 (1993) (superseded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(c) (1) and (2). Specifically, the court finds, for the reasons set forth in its memorandum opinion and final judgment, that the instant petition for a writ of *habeas corpus* should be dismissed with prejudice for failure to state a claim upon which relief could be granted, and, in the alternative, the instant petition should be dismissed without prejudice for failure to exhaust state remedies – and as moot.

**SO ORDERED**, this, the 28th day of September, 2026.

Glen H. Davidson
SENIOR JUDGE